AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **2:23-cv-00415-JCC**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Dejah Barnard**
was recieved by me on **4/05/2023:**

- [X] I personally served the summons on the individual at **13120 207TH AVE COURT E, BONNEY LAKE, WA 98391** on **04/05/2023 at 4:07 PM**; or

- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

- [ ] I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

- [ ] I returned the summons unexecuted because ; or

- [ ] Other *(specify)*

My fees are $ 0 for travel and **$ 78.50** for services, for a total of **$ 78.50**.

I declare under penalty of perjury that this information is true.

Date: 04/13/2023

*Server's signature*

**Ruth Simpson**
*Printed name and title*

**1911 SW Campus Dr
#189
Federal Way, WA 98023**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Dejah Barnard who identified themselves as the Named Defendant with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 45-55 years of age, 5'4"-5'6" tall and weighing 180-200 lbs with glasses. Vehicles present at time of service, C766237 and BTR5091**




Tracking #: **0104634233**