Dejah Barnard
13120 207th Ave Ct East
Bonney Lake, WA, 98391
425-213-4161
dnicetwice@gmail.com

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY, AN ILLINOIS CORPORATION<br><br>Plaintiff,<br><br>vs.<br><br>CRISTAL AQUINO PRECIADO, AN INDIVIDUAL, DEJAH BARNARD, AN INDIVIDUAL, AND MARK QUEEN IN HIS ROLE AS AN AGENT OF REDFIN REALTY<br><br>Defendant | Case No.: 2:23-cv-00415-JCC<br><br><br>DEFENDANT DEJAH BARNARD ANSWER |

Defendant Dejah Barnard ("Defendant") answers Plaintiff's Complaint filed March 22, 2023, as follows:

### I. PARTIES AND JURISDICTION

1. Answering paragraph 1, Defendant denies in part. The amount the defendant Dejah Barnard is seeking does not exceed $75,000.
2. Answering paragraph 2, Admitted upon information and belief.
3. Answering paragraph 3, Defendant admits in part and denies in part. Defendant admits Cristal Aquino Preciado is one of the named defendants in Case no 23-2-04129-7 but lacks sufficient information to form a belief as to the truth of the rest of the allegation(s) set forth therein, and thus denies.
4. Answering paragraph 4, Admitted
5. Answering paragraph 5, Admitted upon information and belief.

### II. UNDERLYING COMPLAINT

6. Answering paragraph 6, Admitted
7. Answering paragraph 7, Admitted

### III. INSURANCE POLICY PROVISIONS

DEFENDANT DEJAH BARNARD ANSWER - 1

8. Answering paragraph 8, Defendant lacks sufficient information to form a belief as to the truth of the allegation(s) set forth therein, and thus denies.

9. Answering paragraph 9, Defendant lacks sufficient information to form a belief as to the truth of the allegation(s) set forth therein, and thus denies.

### IV. DECLARATORY JUDGMENT ACTION

10. Answering paragraph 10, Paragraph 10 states legal conclusion(s) to which no response is required.

11. Answering paragraph 11, Defendant lacks sufficient information to form a belief as to the truth of the allegation(s) set forth therein, and thus denies.

12. Answering paragraph 12, Defendant lacks sufficient information to form a belief as to the truth of the allegation(s) set forth therein, and thus denies.

13. Answering paragraph 13, Defendant lacks sufficient information to form a belief as to the truth of the allegation(s) set forth therein, and thus denies.

Dated this 19th day of April, 2023.

*Dejah Barnard*
Dejah Barnard, Defendant

DEFENDANT DEJAH BARNARD ANSWER - 2