THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CRISTAL AQUINO PRECIADO, *et al.*,<br><br>　　　　　　　　Defendants. | CASE NO. C23-0415-JCC<br><br>MINUTE ORDER |

　　　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　　This matter comes before the Court on Plaintiff and Defendant Mark Queen's stipulated motion for dismissal (Dkt. No. 9). Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), the plaintiff may dismiss an action without court order if a notice of dismissal is filed before the opposing party serves either an answer or a motion for summary judgment.[1] Here, Plaintiff has filed this stipulation before Defendant Queen has filed an answer or motion for summary judgment. Accordingly, the stipulation is self-executing. All claims against Defendant Mark Queen are DISMISSED without prejudice.

//

---

[1] "The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

DATED this 8th day of May 2023.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Samantha Spraker</u>
Deputy Clerk

MINUTE ORDER
C23-0415-JCC
PAGE - 2