THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY, | CASE NO. C23-0415-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| CRISTAL AQUINO PRECIADO, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The Court previously dismissed all claims against Defendant Mark Queen (Dkt. No. 10.) Plaintiff in this matter subsequently filed a Notice of Probable Resolution stating counsel would notify the Court regarding the status of resolution no later than 30 days after filing. (Dkt. No. 12.) The Court has not received such a filing. Accordingly, Plaintiff is INSTRUCTED to show cause for the delay. Failure to do so may result in dismissal without prejudice for failure to prosecute, without further notice.

DATED this 22nd day of August 2023.

Ravi Subramanian
Clerk of Court

s/Samantha Spraker
Deputy Clerk

MINUTE ORDER
C23-0415-JCC
PAGE - 1